IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KEVIN JOHN WITASICK, SR., <br><br> Plaintiff, <br><br> v. <br><br> U.S. Attorney TIMOTHY J. HEAPHY; Assistant U.S Attorney C. PATRICK HOGEBOOM, III; and THE UNITED STATES OF AMERICA, <br><br> Defendants. | Civil No. 10-3570 (JBS-KMW) <br><br> **ORDER** |

    This matter came before the Court upon the filing of the Complaint and Motion for Temporary Restraining Order herein; and

    The Court having determined that it lacks jurisdiction over the subject matter of this action pursuant to Rule 12(h)(3), Fed. R. Civ. P.; and

    For the reasons stated in the Memorandum Opinion of today's date;

    IT IS, this __**15th**__ day of **July, 2010,** hereby

    ORDERED that the Motion for a Temporary Restraining Order shall be DENIED and the Complaint herein shall be DISMISSED for lack of subject matter jurisdiction.

                                       **s/ Jerome B. Simandle**
                                       JEROME B. SIMANDLE
                                       U.S. District Judge